■ BARBARA CARR, Respondent, v BRIAN CARR, Appellant. [620 NYS2d 998] —Appeal by the defendant from an order of the Supreme Court, Westchester County (Coppola, J.), entered December 3, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Coppola at the Supreme Court. Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.